1  Benjamin N. Gluck - State Bar No. 203997
      bgluck@birdmarella.com
2  Ashley D. Bowman - State Bar No. 286099
      abowman@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Plaintiff Charles Coe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| CHARLES COE, | CASE NO. 2:21-cv-3019 |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | **[Local Rule 83-1.3.1]** |
| UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY) | |
| Defendants. | |

3711449.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Charles Coe, hereby provides notice of related cases pursuant to Local Rule 83-1.3.1.

This case is related to four civil case pending in this district: *Doe v. United States of America, et al.*, Case No. 2:21-cv-02803, before United States District Judge Gary R. Klausner, *Poe v. United States of America, et al.*, Case No. 2:21-cv-02899, *Roe v. United States of America, et al.*, Case No. 2:21-cv-02919, and *Moe v. United States of America, et al.*, Case No. 2:21-cv-02990.

First, all five cases arise from the same or a closely related transaction, happening, or event. Namely, all five cases involve plaintiffs who leased safety deposit boxes at U.S. Private Vaults ("USPV"), located at 9182 West Olympic Boulevard, Beverly Hills, California 90212, and the Government's unlawful search and seizure of those safe deposit boxes without probable cause or a valid search warrant, in violation of the plaintiffs' Fourth Amendment rights.

Second, all five cases call for determination of the same or substantially related or similar questions of law and fact: (1) whether the Government's search, seizure, inspection and inventorying of the plaintiffs' USPV safe deposit boxes violated and continues to violate their Fourth and Fifth Amendment rights, and (2) if so, what relief is authorized and appropriate.

Third, the same defendants are named in all five cases and the relief sought in each of the cases is essentially the same; therefore, there would be a substantial duplication of labor if the five cases were heard by different judges.

| | | |
|---|---|---|
| 1 | DATED: April 7, 2021 | Benjamin N. Gluck |
| 2 | | Ashley D. Bowman |
| | | Bird, Marella, Boxer, Wolpert, Nessim, |
| 3 | | Drooks, Lincenberg & Rhow, P.C. |

By: _____
Benjamin N. Gluck
Attorneys for Plaintiff Charles Coe

3711449.1

**3**
**NOTICE OF RELATED CASES**