Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
    abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Plaintiff Charles Coe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES COE,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>        Defendants. | CASE NO. 2:21-cv-03019-RGK (MAR)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT KRISTI KOONS JOHNSON – OFFICIAL CAPACITY (BY CERTIFIED MAIL – FRCP 4)**<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed: April 7, 2021 |

3714973.1

1. I, Carlos Duran, certify and declare that, at the time of service, I was over 18 years of age and not a party to the above-captioned action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Twenty-Third Floor, Los Angeles, California 90067. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2. Pursuant to F.R.C.P. 4, on April 21, 2021, I served a true copy of the following listed documents, in the manner and on the parties listed and described below:

    a. **List of Documents Served:**

        1. Complaint For: (1) Return Of Property (Fed. R. Crim. P. 41(g)); (2) Unlawful Search And Seizure In Violation Of Fourth And Fifth Amendments; and Demand For Jury Trial (Dkt. No. 1);

        2. Civil Cover Sheet (Dkt. No. 2);

        3. Notice of Interested Parties (Dkt. No. 3);

        4. Notice of Related Cases (Dkt. No. 7);

        5. Notice of Assignment to US Judges (Dkt. No. 8)

        6. Notice To Parties Of Court−Directed ADR Program (Dkt. No. 9);

        7. Summons in a Civil Action Issued to Kristi Koons Johnson (Dkt. No. 12);

        8. Order Re Transfer of Case to Judge R. Gary Klausner (Dkt. No. 13); and

        9. Standing Order of Judge R. Gary Klausner (Dkt. No. 14).

    **Manner of Service**: I served the documents listed in paragraph 2.a. above via **CERTIFIED MAIL** - by placing a true copy thereof in two sealed envelopes addressed to the parties listed in paragraph 2.c. below, and personally depositing the same with the U.S. Postal Service office located in Sylmar, California, with certified mail

3714973.1

2

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON
DEFENDANT KRISTI KOONS JOHNSON – OFFICIAL CAPACITY (BY CERTIFIED MAIL - FRCP 4)

postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

b. **Party Served: KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)**.

The documents listed in paragraph 2.a. above were enclosed in two separate sealed envelopes and addressed as follows:

**KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)**
c/o Civil Process Clerk
United States Attorney's Office
Federal Building
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012

**KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)**
Federal Bureau of Investigation
11000 Wilshire Blvd., Suite 1700
Los Angeles, California 90024

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 22, 2021, at Los Angeles, California.

_____
Carlos Duran

3714973.1

3

PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON
DEFENDANT KRISTI KOONS JOHNSON – OFFICIAL CAPACITY (BY CERTIFIED MAIL - FRCP 4)