1  Benjamin N. Gluck - State Bar No. 203997
      bgluck@birdmarella.com
2  Nicole R. Van Dyk - State Bar No. 261646
      nvandyk@birdmarella.com
3  Ashley D. Bowman - State Bar No. 286099
      abowman@birdmarella.com
4  Naomi S. Solomon - State Bar No. 321357
      nsolomon@birdmarella.com
5  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
6  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
7  Telephone: (310) 201-2100
   Facsimile:  (310) 201-2110

8
   Attorneys for Plaintiff Charles Coe
9

10                    **UNITED STATES DISTRICT COURT**

11       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

| | |
|---|---|
| 13  CHARLES COE, | CASE NO. 2:21-cv-03019-RGK (MAR) |
| 14           Plaintiff, | **DECLARATION OF BENJAMIN N. GLUCK IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CRIM. PRO. 41** |
| 15           vs. | |
| 16  UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY), | Date:  June 1, 2021 Time:  9:00 a.m. Courtroom:  850 |
| 17 | |
| 18           Defendants. | |
| 19 | *[Filed Concurrently with Plaintiff's Motion for Relief Under Fed. R. Crim. Pro. 41 Declaration of Nicole R. Van Dyk; and Proposed Order]* |
| 20 | |
| 21 | |
| 22 | Assigned to Hon. R. Gary Klausner |
| 23 | Complaint Filed: April 7, 2021 |

24

25

26

27

28

3716790.1

### DECLARATION OF BENJAMIN N. GLUCK

I, Benjamin N. Gluck, declare as follows:

1.     I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Plaintiff Charles Coe in this action.  I make this declaration in support of Plaintiff's Motion for Return of Property Pursuant to Fed. R. Crim. P. 41(g).  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.     I initiated a meet-and-confer conference with the Government by letters dated April 20, 2021, and April 27, 2021, and met and conferred telephonically with counsel for the Government on April 28, 2021.

3.     Over the past two to three weeks, the Government has returned hundreds of thousands of dollars in gold, silver, and cash just to clients of undersigned counsel.  These clients include retirees, small and large business owners, and various other individuals who used USPV for all kinds of reasons.  I have spoken with renters who said they used USPV because they were referred to it by banks who had no room in their vaults, because it was next door to a sushi restaurant they frequented, because it was on the route of their commute to the office, and several other mundane reasons.

4.     Since March 22, 2021, Coe, through me as his counsel, has contacted the FBI at a telephone number provided by agents during the search, submitted a claim through the FBI-created website for USPV box holders, written directly to Andrew Brown, the lead AUSA on this matter, and filed the instant lawsuit.  The Government did not respond to any of these claims or communications.

5.     Attached hereto as Exhibit A is a true and correct copy of a seizure warrant for USPV, which AUSA Brown emailed me.

6.     Attached hereto as Exhibit B is a true and correct copy of a portion of the affidavit in support of the seizure warrant for USPV, which AUSA Brown emailed me.

7.      AUSA Andrew Brown told me on multiple occasions that the Government dismantled the biometric identification system at USPV during the search and that it has been unable to make it work again.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on May 3, 2021, at Los Angeles, California.

*/s/ Benjamin N. Gluck*
Benjamin N. Gluck

3

# EXHIBIT A

# United States District Court

<u>CENTRAL</u>　　　　**DISTRICT OF**　　　　<u>CALIFORNIA</u>

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Certain business equipment located at
U.S. Private Vaults, Inc.,
9182 West Olympic Blvd.,
Beverly Hills, CA 90212

**SEIZURE WARRANT**

**CASE NUMBER:**   2:21-MJ-01307

TO: any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent</u>
<u>Lynne Zellhart</u> who has reason to believe that in the Central District of California there is now certain property
which is subject to forfeiture to the United States, namely, the business equipment described in the attachment,

**which are** subject to seizure and forfeiture pursuant to 18 U.S.C. § 982(b), 21 U.S.C. § 853(f) and 31 U.S.C.
§ 5317(c).

**concerning violations of** 18 U.S.C. § 1956, 21 U.S.C. § 841, and 31 U.S.C. § 5324, and conspiracy to commit
the same.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the
property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within **14** days the property specified, serving this warrant and
making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the
property seized, and prepare a written inventory of the property seized and promptly return this warrant and
inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's
Office.

at    Los Angeles, California

**Date and Time Issued**

Honorable Steve Kim, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

AUSA Andrew Brown, x0102, 11ᵗʰ Floor

### RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/17/2021 | 3/22/2021 - 7:59 AM | AT THE BUSINESS |

INVENTORY MADE IN THE PRESENCE OF    SA Lynne K. Zellhart

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. Asus Zen pad Model P023
2. Dell Inspiration
3. Dell Vostro P/N 40.3GA01.021
4. USPV Database Exports from Cloud
5. Money Counter - Cummins/Allison w/power cord
6. Money Counter - Bill Counter + power cord
7. Iris ID icam 700 (1)
8. Iris ID icam 700 (2)
9. Schlange Biometric Hand Key CR (1)
10. Schlange Biometric Hand Key CR (2)
11. Nest of Safe Deposit boxes, including shelving, boxes, hardware and bond tins.
12. Box of Keys
13. Loose Keys

### CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 4/9/2021

_Lynne K. Zeun_
Executing officer's signature

SA Lynne K. Zellhart
Printed name and title

### ATTACHMENT—USPV SEIZURE WARRANT

**ITEMS TO BE SEIZED**

The items to be seized are the following pieces of business equipment located at U.S. PRIVATE VAULTS, INC., 9182 WEST OLYMPIC BLVD., BEVERLY HILLS, CA 90212:

   a. The business computers;

   b. The money counters;

   c. The nests of safety deposit boxes and keys.  This warrant does not authorize a criminal search or seizure of the contents of the safety deposit boxes.  In seizing the nests of safety deposit boxes, agents shall follow their written inventory policies to protect their agencies and the contents of the boxes.  Also in accordance with their written policies, agents shall inspect the contents of the boxes in an effort to identify their owners in order to notify them so that they can claim their property;

   d. The digital and video surveillance and security equipment; and

   e. The biometric scanners.

# EXHIBIT B



**T.   NOTIFYING USPV CUSTOMERS HOW TO CLAIM THEIR PROPERTY**

108. The search and seizure warrants the government seeks list the nests of safety deposit boxes at USPV among the items to be seized.  These nests of safety deposit boxes are evidence and instrumentalities of USPV's criminality.  The warrants authorize the seizure of the nests of the boxes themselves, not their contents.  By seizing the nests of safety deposit boxes, the government will necessarily end up with custody of what is inside those boxes initially.  Agents will follow their written inventory policies to protect their agencies from claims of theft or damage to the contents of the boxes, and to ensure that no hazardous items are unknowingly stored in a dangerous manner.  Agents will attempt to notify the lawful owners of the property stored in the boxes how to claim their property, such as by posting that information on the internet or at

---

<sup>39</sup>

1  USPV itself, or by contacting the owners directly.  In order to

2  notify the owners directly, agents will, in accordance with their

3  policies regarding an unknown person's property, look for contact

4  information or something which identifies the owner.[40]    (USPV

5  recommends that box renters include their or their designees'

6  telephone numbers on a note in the box in the event that USPV removes

7  the contents for nonpayment of rental fees.)



26  ——————————

27      [40] The FBI policy regarding taking custody of an unknown person's
    property provides, in part, that agents "inspect the property as
    necessary to identify the owner and preserve the property for
28  safekeeping."  The inspection "should extend no further than
    necessary to determine ownership."