Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
    abowman@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
    nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Plaintiff Charles Coe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES COE,<br><br>     Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>     Defendants. | CASE NO. 2:21-cv-03019-RGK (MAR)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CRIM. PRO. 41**<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed: April 7, 2021 |

This matter came before the Court on Plaintiff Charles Coe's ("Plaintiff") Motion For Relief Under Fed. R. Crim. Pro. 41 ("Motion").  Having considered the parties' moving, opposition, and reply papers, all supporting documents and pleadings of record, and oral argument of counsel, Plaintiff's Motion is hereby **GRANTED**.

In light of the explicit limitations set out in the seizure warrant regarding the contents of the nests of safety deposit boxes at U.S. Private Vaults (Case No. 21-MJ-1307) and in light of the Government's representations about customers' usage of those boxes and about its intention to investigate them, the Court hereby finds:

(a) The Government is without legal authority to continue holding the contents of Box 904 and must return said contents to the owner, *United States v. Gladding*, 775 F.3d 1149, 1152 (9th Cir. 2014); and

(b) Plaintiff is entitled to assert his Fifth Amendment rights and decline to provide identifying information in connection with the return of his property, *Ohio v. Reiner*, 532 U.S. 17 (2001).

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:**

(a) The Government shall make arrangements for Plaintiff (or his counsel) to present his key, present his receipt, and present a description of the contents of Box 904 within five business days of the date of this order. To the extent the key, receipt, and description accurately match Box 904, the Government shall return the contents of that box to Plaintiff (or his counsel) forthwith; and

(b) To the extent the Government requires any further information to substantiate Plaintiff's ownership of the contents of the box he claims, Plaintiff (or his counsel) shall be entitled to provide that information to

a Government filter team that shall comply with the FBI's written protocols regarding returning property as referenced in the affidavit.[1]

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
The Honorable R. Gary Klausner
United States District Judge

---

[1] The filter team shall have no previous or future involvement in the investigation of this matter. At no time will the filter team advise the investigative team of the substance of any information communicated to the filter team by Plaintiff or Plaintiff's counsel.