1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12 | CHARLES COE,

CASE NO. 2:21-cv-03019-RGK (MAR)

13 | Plaintiff,

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CRIM. PRO. 41**

14 | vs.

15 | UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL

16 | CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),

Assigned to Hon. R. Gary Klausner

17 |

18 | Defendants.

Complaint Filed: April 7, 2021

19
20
21
22
23
24
25
26
27
28

1    This matter came before the Court on Plaintiff Charles Coe's ("Plaintiff")

2  Motion For Relief Under Fed. R. Crim. Pro. 41 ("Motion").  Having considered the

3  parties' moving, opposition, and reply papers, all supporting documents and

4  pleadings of record, and oral argument of counsel, Plaintiff's Motion is hereby

5  **GRANTED**.

6    In light of the explicit limitations set out in the seizure warrant regarding the

7  contents of the nests of safety deposit boxes at U.S. Private Vaults (Case No. 21-

8  MJ-1307) and in light of the Government's representations about customers' usage

9  of those boxes and about its intention to investigate them, the Court hereby finds:

10    (a)    The Government is without legal authority to continue holding the

11            contents of Box 904 and must return said contents to the owner, *United*

12            *States v. Gladding*, 775 F.3d 1149, 1152 (9th Cir. 2014); and

13    (b)    Plaintiff is entitled to assert his Fifth Amendment rights and decline to

14            provide identifying information in connection with the return of his

15            property, *Ohio v. Reiner*, 532 U.S. 17 (2001).

16    **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:**

17    (a)    The Government shall make arrangements for Plaintiff (or his counsel)

18            to present his key, present his receipt, and present a description of the

19            contents of Box 904 within five business days of the date of this order.

20            To the extent the key, receipt, and description accurately match Box

21            904, the Government shall return the contents of that box to Plaintiff

22            (or his counsel) forthwith; and

23    (b)    To the extent the Government requires any further information to

24            substantiate Plaintiff's ownership of the contents of the box he claims,

25            Plaintiff (or his counsel) shall be entitled to provide that information to

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CRIM. PRO. 41

1    a Government filter team that shall comply with the FBI's written

2    protocols regarding returning property as referenced in the affidavit.[1]

3

4    **IT IS SO ORDERED.**

5

6

7    Dated: _____, 2021        _____

8                                          The Honorable R. Gary Klausner
                                           United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    _____

26    [1]   The filter team shall have no previous or future involvement in the investigation
      of this matter.  At no time will the filter team advise the investigative team of the
27    substance of any information communicated to the filter team by Plaintiff or
      Plaintiff's counsel.
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CRIM. PRO. 41