Benjamin N. Gluck - State Bar No. 203997
 bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
 nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
 abowman@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
 nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff Charles Coe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Charles Coe,<br><br>      Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)<br><br>      Defendants. | CASE NO. 2:21-CV-03019-RGK-MAR<br><br>**NOTICE OF MOTION AND MOTION FOR RETURN OF PROPERTY PURSUANT TO FED. R. CRIM. P. 41(g)**<br><br>Date: June 7, 2021<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>*[Filed Concurrently with Memorandum in Support of Motion; Declarations of Benjamin N. Gluck and Nicole R. Van Dyk; and Proposed Order]*<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed: April 7, 2021 |

NOTICE OF RULE 41(g) MOTION FOR RETURN OF PROPERTY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on June 7, 2021, at 9:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable R. Gary Klausner, United States District Court Judge, located at 350 W. 1st St., Los Angeles, CA 90012, Plaintiff Charles Coe ("Plaintiff") will and hereby does move the Court for an order for the immediate return of property pursuant to Federal Rule of Criminal Procedure 41(g) and that it be done without requiring Plaintiff to surrender his Fifth Amendment rights.

Plaintiff's counsel initiated a meet-and-confer conference with the Government by letters dated April 20, 2021, and April 27, 2021, and met and conferred telephonically with counsel for the Government on April 28, 2021.

This Motion is based on this Notice, the concurrently filed memorandum of points and authorities, declarations of Benjamin N. Gluck and Nicole R. Van Dyk, all other pleadings and papers on file in this action, and such other documents, oral evidence, or argument as may be presented before or at the time of the hearing on this Motion or of which the Court may take notice.

DATED: May 5, 2021

Benjamin N. Gluck
Nicole R. Van Dyk
Ashley D. Bowman
Naomi S. Solomon
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: _____ */s/ Benjamin N. Gluck* _____
     Benjamin N. Gluck
Attorneys for Plaintiff Charles Coe