```
 1  Benjamin N. Gluck - State Bar No. 203997
        bgluck@birdmarella.com
 2  Nicole R. Van Dyk - State Bar No. 261646
        nvandyk@birdmarella.com
 3  Ashley D. Bowman - State Bar No. 286099
        abowman@birdmarella.com
 4  Naomi S. Solomon - State Bar No. 321357
        nsolomon@birdmarella.com
 5  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
 6  1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
 7  Telephone: (310) 201-2100
    Facsimile:  (310) 201-2110
 8
    Attorneys for Plaintiff Charles Coe
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES COE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>    Defendants. | CASE NO. 2:21-cv-03019-RGK (MAR)<br><br>**DECLARATION OF NICOLE R. VAN DYK IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CRIM. PRO. 41**<br><br>Date: June 7, 2021<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>*[Filed Concurrently with Notice of Motion for Return of Property Pursuant to Fed. R. Crim. P. 41(g); Memorandum in support thereof; Declaration of Benjamin N. Gluck; and Proposed Order]*<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed: April 7, 2021 |

DECLARATION OF NICOLE R. VAN DYK

## DECLARATION OF NICOLE R. VAN DYK

I, Nicole R. Van Dyk, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Plaintiff Charles Coe in this action. I make this declaration in support of Plaintiff's Motion for Return of Property Pursuant to Fed. R. Crim. P. 41(g). Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. My firm represents several individuals who leased safe deposit boxes from U.S. Private Vaults ("USPV"). Over the past two to three weeks, I have met with the FBI on behalf of some of those clients to receive property that was seized from the boxes they leased at USPV.

3. In returning property to those clients, the Government has *not* required that the lessee present identification or even be present when their property is returned. Instead, the Government has relied on counsel's presentation of the key that works in the lock the Government removed from that lessee's box. Some of our clients have received many hundreds of thousands of dollars in returned cash, gold, or jewelry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on May 5, 2021, at Los Angeles, California.

*/s/ Nicole R. Van Dyk*
Nicole R. Van Dyk