Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
  abowman@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
  nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Plaintiff Charles Coe

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CHARLES COE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-03019-RGK (MAR)<br><br>**DECLARATION OF BENJAMIN N. GLUCK IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CRIM. PRO. 41**<br><br>Date:  June 7, 2021<br>Time:  9:00 a.m.<br>Courtroom:  850<br><br>*[Filed Concurrently with Notice of Motion for Return of Property Pursuant to Fed. R. Crim. P. 41(g); Memorandum in Support of Motion; Declaration of Nicole R. Van Dyk; and Proposed Order]*<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed: April 7, 2021 |

## DECLARATION OF BENJAMIN N. GLUCK

I, Benjamin N. Gluck, declare as follows:

1.      I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Plaintiff Charles Coe in this action.  I make this declaration in support of Plaintiff's Motion for Return of Property Pursuant to Fed. R. Crim. P. 41(g).  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.      I initiated a meet-and-confer conference with the Government by letters dated April 20, 2021, and April 27, 2021, and met and conferred telephonically with counsel for the Government on April 28, 2021.

3.      Over the past two to three weeks, the Government has returned hundreds of thousands of dollars in gold, silver, and cash just to clients of undersigned counsel.  These clients include retirees, small and large business owners, and various other individuals who used USPV for all kinds of reasons.  I have spoken with renters who said they used USPV because they were referred to it by banks who had no room in their vaults, because it was next door to a sushi restaurant they frequented, because it was on the route of their commute to the office, and several other mundane reasons.

4.      Since March 22, 2021, Coe, through me as his counsel, has contacted the FBI at a telephone number provided by agents during the search, submitted a claim through the FBI-created website for USPV box holders, written directly to Andrew Brown, the lead AUSA on this matter, and filed the instant lawsuit.  The Government did not respond to any of these claims or communications.

5.      Attached hereto as Exhibit A is a true and correct copy of a seizure warrant for USPV, which AUSA Brown emailed me.

6.      Attached hereto as Exhibit B is a true and correct copy of a portion of the affidavit in support of the seizure warrant for USPV, which AUSA Brown emailed me.

7.    AUSA Andrew Brown told me on multiple occasions that the Government dismantled the biometric identification system at USPV during the search and that it has been unable to make it work again.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on May 5, 2021, at Los Angeles, California.

*/s/ Benjamin N. Gluck*
Benjamin N. Gluck