UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES COE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>　　　　Defendants. | Case No. 2:21-cv-3019-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS UNITED STATES OF AMERICA TRACY L. WILKISON (OFFICIAL CAPACITY) AND KRISTI KOONS JOHNSON (OFFICIAL CAPACITY)'S EX PARTE APPLICATION TO STRIKE PLAINTIFF CHARLES COE'S NOTICE OF MOTION AND MOTION FOR RETURN OF PROPERTY PURSUANT TO FED. R. CRIM. P. 41(g) FILED MAY 5, 2021 [DOCKET NO. 25] OR, IN THE ALTERNATIVE, TO CONTINUE THE HEARING ON THE MOTION TO MONDAY, JULY 26, 2021 AT 9:00 A.M.** |

　　　　The Court, having considered the ex parte application filed by Defendants United States of America, Tracy L. Wilkison (official capacity) and Kristi Koons Johnson (official capacity) (collectively, "the government") to strike plaintiff Charles Coe's notice of motion and motion for return of property pursuant to Fed. R. Crim. P. 41(g)

filed May 5, 2021 (docket no. 25) or, in the alternative, to continue the hearing on the motion to Monday, July 26, 2021 at 9:00 a.m., and good cause appearing therefor, IT IS HEREBY ORDERED that the government's ex parte application is granted.

Plaintiff Charles Coe's motion for return of property pursuant to Fed. R. Crim. P. 41(g) filed May 25, 2021 [docket no. 25] is stricken.

[OR]

The hearing on Plaintiff Charles Coe's motion for return of property pursuant to Fed. R. Crim. P. 41(g) filed May 5, 2021 [docket no. 25] is hereby continued from June 7, 2021 at 9:00 a.m. to July 26, 2021 at 9:00 a.m.

DATED: _____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s
_____
ANDREW BROWN
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendant
UNITED STATES OF AMERICA

2