| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| JABA TSITSUASHVILI (Cal. Bar No. 30912)<br>901 N. Glebe Rd., Suite 900<br>Arlington, VA 22203<br>(703) 682-9320 | |
| ATTORNEY(S) FOR: Amicus Curiae Institute for Justice | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHARLES COE | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-CV-3019-RGK-MAR |
| v. | |
| UNITED STATES OF AMERICA, ET AL. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Institute for Justice_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| N/A | N/A |

5/11/2021                         /s/ Jaba Tsitsuashvili
Date                                  Signature

Attorney of record for (or name of party appearing in pro per):

Jaba Tsitsuashvili