JABA TSITSUASHVILI (Cal. Bar No. 30912)
jtsitsuashvili@ij.org
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel:   (703) 682-9320
Fax:   (703) 682-9321
*Attorney for Amicus Curiae Institute for Justice*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISVISION

| | |
|---|---|
| CHARLES COE,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>      Defendants. | Case No.: 2:21-cv-3019-RGK-MAR<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* INSTITUTE FOR JUSTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR RETURN OF PROPERTY**<br><br>Before the Hon. R. Gary Klausner<br>Hearing Date: June 14, 2021<br>Hearing Time: 9:00 am |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on June 14, 2021, or as soon thereafter as the matter may be heard in the courtroom of the Honorable R. Gary Klausner, United States District Judge in the United States District Court for the Central District of California, located at 255 E. Temple St., Los Angeles, CA 90012, movant Institute for Justice will, and hereby

NOTICE OF MOTION &
MOTION FOR LEAVE TO FILE - 1

does, move for leave to file an *amicus curiae* brief in support of Plaintiff's Motion for Return of Property (Dkt. 25), which is currently under submission.

This motion is based on this Notice of Motion and Motion for Leave, the Memorandum of Points and Authorities in support thereof, and any other matter the Court may properly consider. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on May 4, 2021. Plaintiff has consented to the filing. Defendants do not consent to it.

*Amicus* respectfully requests that this Court grant their motion and enter an order permitting them to file a brief as *amicus curiae* in support of Plaintiff's Motion for Return of Property. *Amicus*'s proposed brief is enclosed herewith as **Exhibit A**.

Dated: May 11, 2021                                    Respectfully submitted,

By: /s/ Jaba Tsitsuashvili
Jaba Tsitsuashvili (Cal. Bar No. 30912)
jtsitsuashvili@ij.org
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel:   (703) 682-9320
Fax:   (703) 682-9321

*Counsel for Amicus Curiae*