# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISVISION

| | |
|---|---|
| CHARLES COE,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>            Defendants | Case No.: 2:21-cv-3019-RGK-MAR<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF<br><br>Assigned to Hon. R. Gary Klausner |

On May 11, 2021, the Institute for Justice filed a motion for leave to file an amicus curiae brief in support of Plaintiff's Motion for Return of Property (Dkt. 25).

**GOOD CAUSE** showing, the Court GRANTS the motion for leave.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
Honorable R. Gary Klausner
United States District Judge

[PROPOSED] ORDER - 1