# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-03019-RGK-MAR | Date | June 25, 2021 |
|---|---|---|---|
| Title | *Charles Coe v. United States of America et al* | | |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:

Not Present                                           Not Present

**Proceedings:** **(IN CHAMBERS) Order Re: MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* INSTITUTE FOR JUSTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR RETURN OF PROPERTY [DE 29]**

Before the Court is the Motion for Leave to File Brief of *Amicus Curiae* Institute for Justice in Support of Plaintiff's Motion for Return of Property. (ECF No. 29). The Court **DENIES** the Motion.

**IT IS SO ORDERED.**

_____  :  _____