1  Benjamin N. Gluck - State Bar No. 203997
       bgluck@birdmarella.com
2  Nicole R. Van Dyk - State Bar No. 261646
       nvandyk@birdmarella.com
3  Ashley D. Bowman - State Bar No. 286099
       abowman@birdmarella.com
4  Naomi S. Solomon - State Bar No. 321357
       nsolomon@birdmarella.com
5  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
6  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
7  Telephone: (310) 201-2100
   Facsimile:  (310) 201-2110
8
   Attorneys for Plaintiff Charles Coe
9

10              **UNITED STATES DISTRICT COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

13  CHARLES COE,                          CASE NO. 2:21-cv-03019 RGK (MAR)

14              Plaintiff,                 **DECLARATION OF NICOLE R.
                                           VAN DYK IN SUPPORT OF**
15      vs.                                **PLAINTIFF'S *EX PARTE*
                                           APPLICATION FOR LEAVE TO
16  UNITED STATES OF AMERICA;              FILE SURREPLY IN OPPOSITION
   TRACY L. WILKISON (OFFICIAL            TO DEFENDANTS' MOTION TO**
17  CAPACITY), KRISTI KOONS               **DISMISS**
   JOHNSON (OFFICIAL CAPACITY),
18                                         *[Filed Concurrently with Ex Parte
               Defendants.                 Application for Leave to File Surreply
19                                         in Opposition to Defendants' Motion to
                                           Dismiss; and [Proposed] Order]*
20
                                           Date:    July 6, 2021
21                                         Time:    9:00 a.m.
                                           Crtrm.:  850
22
                                           Assigned to Hon. R. Gary Klausner
23

24                                         Complaint Filed: March 31, 2021

25

26

27

28

3727314.1

# DECLARATION OF NICOLE R. VAN DYK

I, Nicole R. Van Dyk, declare as follows:

1.      I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Plaintiff in this action.  I make this declaration in support of Plaintiff's *Ex Parte* Application for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.      On June 28, 2021, at approximately 9:45 a.m., I gave oral notice of Plaintiff's *ex parte* application to Government counsel AUSA Victor Rodgers by leaving him a voicemail.

3.      At 10:03 a.m., I notified Government counsel – AUSAs Andrew Brown, Maxwell Coll, and Victor Rodgers – by email of Plaintiff's intention to file this *ex parte* application.  In the email, I provided the basis for Plaintiff's application, and advised Government counsel that any opposition to the *ex parte* application will be due by 3 p.m. the first business day after the *ex parte* application is filed.  A true and correct copy of my June 28, 2021 email to Messrs. Brown, Coll, and Rodgers is attached hereto as **Exhibit A**.

4.      At approximately 10:10 a.m., I spoke with Mr. Coll.  He advised that the Government would oppose Plaintiff's *ex parte* application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on June 28, 2021, at Los Angeles, California.

/s/ Nicole Van Dyk
Nicole R. Van Dyk

# EXHIBIT A

**EXHIBIT A, PAGE 3**

| | |
|---|---|
| **From:** | Nicole R. Van Dyk |
| **To:** | Brown, Andrew (USACAC); Victor.Rodgers@usdoj.gov; maxwell.coll@usdoj.gov |
| **Cc:** | Benjamin N. Gluck; Naomi S. Solomon; Ashley D. Bowman |
| **Subject:** | USPV/Coe, Roe, Moe, and Doe Actions -- Notice of Ex Parte Application for Leave to File Surreply |
| **Date:** | Monday, June 28, 2021 10:03:16 AM |
| **Importance:** | High |

Dear Counsel,

This is to notify you, pursuant to Local Rule 7-19, that Plaintiffs Doe, Coe, Roe, and Moe are moving *ex parte* for leave to file surreplies in opposition to the government's motions to dismiss in Case Nos. 2:21-cv-02803, 2:21-cv-03019, 2:21-cv-02919, and 2:21-cv-02990.  In addition to the issues we raised in our correspondence of June 23, 2020, we intend to apply *ex parte* to file a surreply to also address (1) the argument, which you raised for the first time in your Reply, that Judge Klausner should decline to exercise Rule 41(g) jurisdiction because you are holding our clients' property as "evidence" and (2) the effect of Judge Klausner's new ruling in the *Snitko* case, which was decided after we filed our Opposition.

Note that any oppositions to the ex parte applications will be due by 3 p.m. on the first business day after the ex parte applications are filed.   Please advise as soon as possible – no later than by 2 p.m. today – whether you oppose, consent or take no position with regard to our application.

Best,
Nicole

## Nicole Rodriguez Van Dyk
*Principal*
O: 310.201.2100
F: 310.201.2110
E: nvandyk@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim,**
**Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
**www.BirdMarella.com**