Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
  abowman@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
  nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Plaintiff Charles Coe

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES COE,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>    Defendants. | CASE NO. 2:21-cv-03019-RGK (MAR)<br><br>**DECLARATION OF NICOLE R. VAN DYK IN SUPPORT OF PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>*[Filed Concurrently with Plaintiff's Surreply in Opposition to Defendants' Motion to Dismiss]*<br><br>Date:  July 6, 2021<br>Time:  9:00 a.m.<br>Crtrm.: 850<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed: April 7, 2021 |

## DECLARATION OF NICOLE R. VAN DYK

I, Nicole R. Van Dyk, declare as follows:

1. I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Plaintiff in this action. I make this declaration in support of Plaintiff's Surreply in Opposition to Defendants' Motion to Dismiss. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. On June 22, 2021, the Court issued an Order in *Snitko v. United States*, 21-cv-4405-RGK-MAK, finding that the Government's administrative forfeiture notices to the plaintiffs in that case were insufficient. *Id.*, Dkt. 52.

3. Because the Government used the exact same in language in all of its administrative forfeiture notices – including the notices purporting to forfeit some of each Plaintiffs' seized property – my firm notified the FBI and the Government of Plaintiff's objection to any administrative forfeiture based on the constitutionally insufficient notices. A true and correct copy of the May 20, 2021 notices of administrative forfeiture, which include some of each Plaintiffs' property, was obtained on June 28, 2021 from U.S. Private Vaults' website, https://usprivatevaults.com/210520_DOJ_SeizureNotice.pdf, and is attached as **Exhibit A** hereto.

4. The Government's June 22, 2021 reply in support of its motion to dismiss asserts that USPV's claim contesting forfeiture is invalid because the claim was signed by Michael Singer, who is USPV's attorney, rather than by the claimant. However, Mr. Singer explicitly signed the USPV claim in his capacity as authorized representative for USPV.

5. Therefore, the day after the Government filed its reply, my firm sent a letter to the Government asking that it submit an errata clarifying its

mischaracterization of the capacity in which Mr. Signer signed USPV's claim. Attached hereto as **Exhibit B** is a true and correct copy of the June 23, 2021 letter from Benjamin N. Gluck to AUSAs Andrew Brown, Victor A. Rodgers, and Maxwell Coll.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on June 30, 2021, at Los Angeles, California.

/s/ Nicole R. Van Dyk
Nicole R. Van Dyk