# DECLARATION OF AUSA VICTOR A. RODGERS

I, Victor A. Rodgers, declare as follows:

1. I am one of the attorneys of record representing the government in this matter.

2. I have attached a copy of the indictment against USPV hereto as Exhibit A.

3. I request that plaintiff's motion be denied, pursuant to Fed. R. Civ. P. 56(d), until such time as plaintiff identifies himself so that the government can offer additional facts pertaining to matters such as whether plaintiff has a drug history, sufficient legal sources of income to justify his possession of the funds found in his box, and any other information pertaining to the issue of whether the funds are subject to forfeiture.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 2, 2021.

/s/
AUSA VICTOR A. RODGERS