Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
    nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
    abowman@birdmarella.com
Naomi S. Solomon - State Bar No. 321357
    nsolomon@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Plaintiff Charles Coe

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES COE,<br><br>              Plaintiff,<br><br>       vs.<br><br>UNITED STATES OF AMERICA;<br>TRACY L. WILKISON (OFFICIAL<br>CAPACITY), KRISTI KOONS<br>JOHNSON (OFFICIAL CAPACITY),<br><br>              Defendants. | CASE NO. 2:21-cv-03019-RGK (MAR)<br><br>**DECLARATION OF BENJAMIN N. GLUCK IN SUPPORT OF PLAINTIFF'S REPLY IN FURTHER SUPPORT OF HIS MOTION FOR RETURN OF PROPERTY PURSUANT TO FED. R. CRIM. P. 41(g)**<br><br>*[Filed Concurrently With:  Plaintiff's Reply In Further Support Of His Motion For Return Of Property; and Evidentiary Objections to Declaration of Lyndon Versoza)*<br><br>Date:    July 26, 2021<br>Time:    9:00 a.m.<br>Crtrm.:  850<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed:  April 7. 2021 |

3730768.1

## <u>DECLARATION OF BENJAMIN N. GLUCK</u>

I, Benjamin N. Gluck, declare as follows:

1.      I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Plaintiff Charles Coe in this action.  I make this declaration in support of Plaintiff Charles Coe's Reply In Further Support Of His Motion For Return Of Property Pursuant To Fed. R. Crim. P. 41(g).  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.      Attached as **Exhibit A** is a copy of a July 1, 2021 letter I received from the FBI accepting a pseudonymous claim I made on behalf of a client.  The letter has been redacted to protect the client's privacy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on July 12, 2021, at Los Angeles, California.

*/s/ Benjamin N. Gluck*
Benjamin N. Gluck