# EXHIBIT A



**U.S. Department of Justice**
**Federal Bureau of Investigation**

**Suite 1700, FOB**
**11000 Wilshire Boulevard**
**Los Angeles, California 90024-3672**

**In Reply, Please Refer to File No.** [redacted]

July 01, 2021

**CERTIFIED MAIL –**
**RETURN RECEIPT REQUESTED**

Benjamin N. Gluck, Esq.
Bird Marella
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561

RE: [redacted] **from Box** [redacted]
Seizure #: [redacted]
Asset ID #: [redacted]

[redacted] **from Box** [redacted]
Seizure #: [redacted]
Asset ID #: [redacted]

Dear Mr. Gluck:

The Federal Bureau of Investigation (FBI), Los Angeles Field Office, is in receipt of the Claim of Ownership, dated June 14, 2021, which you submitted for your client, Samuel Adams (Pseudonym), regarding the captioned properties. The FBI has accepted this claim and has referred these matters to the United States Attorney's Office, 312 North Spring Street, 14th Floor, Los Angeles, California 90012, for consideration.

Any questions concerning this matter may be directed to the FBI, Los Angeles Field Office, Suite 1700, FOB, 11000 Wilshire Boulevard, Los Angeles, California 90024-3672,

Attention: Forfeiture Paralegal Specialist [redacted] with telephone number [redacted]
Please use the referenced seizure numbers in any future correspondence.

Sincerely,

KRISTI K. JOHNSON
Assistant Director in Charge

By: JESSIE T. MURRAY
Supervisory Special Agent