UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-03019-RGK-MAR | Date | August 30, 2021 |
| Title | Charles Coe v. United States of America et al | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Jennifer Graciano | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs | Attorneys Present for Defendants: |
|---|---|
| Benjamin N. Gluck; Nicole Van Dyk | Victor A. Rodgers, Jr. |

**Proceedings:**        **SCHEDULING CONFERENCE** (Held and Completed)

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 2 -3 days): | May 10, 2022 at 9:00 a.m. |
| Pretrial Conference: | April 25, 2022 at 9:00 a.m. |
| Motion Cut-Off Date (last day to file): | February 25, 2022 |
| Discovery Cut-Off Date | February 11, 2022 |

Last day to amend the complaint or add parties is September 30, 2021.

**IT IS SO ORDERED.**

                                                                                                    :     2

                                              Initials of Preparer            jgr