1 | Benjamin N. Gluck - State Bar No. 203997
        bgluck@birdmarella.com
2 | Nicole R. Van Dyk - State Bar No. 261646
        nvandyk@birdmarella.com
3 | Ashley D. Bowman - State Bar No. 286099
        abowman@birdmarella.com
4 | Naomi S. Solomon - State Bar No. 321357
        nsolomon@birdmarella.com
5 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   | DROOKS, LINCENBERG & RHOW, P.C.
6 | 1875 Century Park East, 23rd Floor
   | Los Angeles, California 90067-2561
7 | Telephone: (310) 201-2100
   | Facsimile: (310) 201-2110

Attorneys for Plaintiff Charles Coe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES COE, | CASE NO. 2:21-cv-03019-RGK (MAR) |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL** |
| vs. | Assigned to Hon. R. Gary Klausner |
| UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY), | Complaint Filed: April 7, 2021 |
| Defendants. | |

Plaintiff Charles Coe ("Plaintiff") on the one hand, and Defendants United States of America, Tracy L. Wilkison and Kristi Koons Johnson ("Defendants") on the other hand, (collectively, the "Parties") stipulate and agree as follows:

WHEREAS, on or about April 7, 2021, Plaintiffs filed the Complaint, naming among other defendants United States of America, Tracy L. Wilkison and Kristi Koons Johnson (the "Action");

WHEREAS, Defendants filed their Answer to the Complaint (Dkt. 50) on August 6, 2021;

WHEREAS, Plaintiff has agreed to dismiss the Action against Defendants

subject to the terms of this Stipulation.

**THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE:**

The Parties jointly request that the Court enter an Order dismissing this Action in its entirety with prejudice.

IT IS SO STIPULATED

| | |
|---|---|
| DATED: April 19, 2022 | Benjamin N. Gluck<br>Nicole R. Van Dyk<br>Ashley D. Bowman<br>Naomi S. Solomon<br>Bird, Marella, Boxer, Wolpert, Nessim,<br>Drooks, Lincenberg & Rhow, P.C.<br><br>By: _____/s/ Benjamin N. Gluck_____<br>        Benjamin N. Gluck<br>     Attorneys for Plaintiff Charles Coe |
| DATED: April 19, 2022 | Tracy L. Wilkison, Acting United States Attorney<br>Scott M. Garringer, Assistant United States Chief, Criminal Division<br><br>By: _____/s/ Victor A. Rodgers_____<br>     Andrew Brown<br>     Victor A. Rodgers<br>     Maxwell Coll<br>     Assistant United States Attorneys<br><br>     Attorneys for Defendants<br>     United States of America, et al. |

Pursuant to CIV. L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing.