JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES COE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY),<br><br>    Defendants. | CASE NO. 2:21-cv-03019-RGK (MAR)<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE [58]<br><br>Assigned to Hon. R. Gary Klausner<br><br>Complaint Filed: April 7, 2021 |

Having considered the Joint Stipulation for Dismissal ("Stipulation"), and good cause appearing, the Stipulation is GRANTED and this action is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED**

DATED: _____April 20_____, 2022

*Gary Klausner* (signature)
R. Gary Klausner
United States District Court Judge

3785713.1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE